# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

**FILED**

**JUL 25 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

ROGER KARLSSON,
a/k/a "Steve Heyden,"
a/k/a "Euclid Deodoris,"
a/k/a "Joshua Millard,"
a/k/a "Lars Georgsson,"
a/k/a "Paramon Larasoft,"
a/k/a "Kenth Westerberg,"

and

EASTERN METAL SECURITIES,
a/k/a "EMS,"

DEFENDANT(S).

**C R   19      3 4 0**

**CRB**

---

# INDICTMENT

18 U.S.C. § 1343 - Wire Fraud;
18 U.S.C. § 1956(a)(1)(B)(i) - Money Laundering;
15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5 - Securities Fraud;
18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c) - Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this ___25___ day of _July_ 2019

_____   ROSE MAHER

_____   Clerk

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE          Bail, $ _____

**NO BAIL WARRANT**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 1343 – Wire Fraud;
18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering;
15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5 –
Securities Fraud;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture
Allegation

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See attachment.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### DEFENDANT - U.S.

ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS,"

DISTRICT COURT NUMBER

CR 19 340

CRB

FILED

JUL 25 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH. DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  }

Name and Office of Person Furnishing Information on this form   David L. Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   William Frentzen

### DEFENDANT

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
  1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3                                   FILED

4                                JUL 25 2019

5                             SUSAN Y. SOONG
                          CLERK, U.S. DISTRICT COURT
6                        NORTH DISTRICT OF CALIFORNIA

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )   CASE NO. CR 19  340
                                       )
12         Plaintiff,                  )   VIOLATIONS:                CRB
                                       )   18 U.S.C. § 1343 – Wire Fraud;
13     v.                              )   18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering;
                                       )   15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. §
14  ROGER KARLSSON,                    )   240.10b-5 – Securities Fraud;
    a/k/a "Steve Heyden,"              )   18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
15  a/k/a "Euclid Deodoris,"           )   Forfeiture Allegation
    a/k/a "Joshua Millard,"            )
16  a/k/a "Lars Georgsson,"            )   SAN FRANCISCO VENUE
    a/k/a "Paramon Larasoft,"          )
17  a/k/a "Kenth Westerberg,"          )
                                       )
18  and                               )
                                       )
19  EASTERN METAL SECURITIES,          )
    a/k/a "EMS,"                       )
20                                     )
           Defendants.                 )
21

22                          I N D I C T M E N T

23  The Grand Jury charges:

24                       Introductory Allegations

25         At all times relevant to this Indictment:

26  1.     Defendant Roger KARLSSON was a Swedish citizen. KARLSSON created and administered

27  Defendant EASTERN METAL SECURITIES (www.easternmetalsecurities.com), as well as other

28  fraudulent websites including HCI25 (www.hci25.net) and CIPP2023 (www.cipp2023.com).

INDICTMENT

2.      Defendant EASTERN METAL SECURITIES, a/k/a "EMS" was a business and website (www.easternmetalsecurities.com) designed to communicate false representations to investors to defraud them of their money and property. The primary investment product was referred to as a "Pre Funded Reversed Pension Plan." Investments into EASTERN METAL SECURITIES were represented to cost approximately $98 per share and shares were represented to be worth in excess of approximately $45,000, as well as being fully guaranteed. KARLSSON and EASTERN METAL SECURITIES made false statements designed to cause investors to send them money and property, including in and through the Northern District of California. Investments into EASTERN METAL SECURITIES constituted sales of securities by KARLSSON and EASTERN METAL SECURITIES, as that term is defined by Title 15, United States Code, Section 78j(b) and Title 17, Code of Federal Regulations, Section 240.10b-5. Investors included victims located in the Northern District of California.

3.      Investors into EASTERN METAL SECURITIES sent money to KARLSSON and EASTERN METAL SECURITIES and to others, known and unknown to the Grand Jury. Investments were delivered to KARLSSON and EASTERN METAL SECURITIES, often using virtual currency, such as Bitcoin. Bitcoin is a form of value that is able to be transacted across thousands of computers connected on the internet, all running the Bitcoin software. Some of the transfers to KARLSSON involved virtual currency exchangers including virtual currency exchangers in the Northern District of California.

COUNT ONE:          (18 U.S.C. § 1343 – Wire Fraud)

4.      Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated as if fully set forth here.

5.      Beginning on or about November 27, 2012, and continuing through on or about June 19, 2019, in the Northern District of California and elsewhere, the defendants,

ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS,"

and others, each aided and abetted by the other, knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and

INDICTMENT                                        2

promises, and by means of omission and concealment of material facts, and for the purpose of executing the aforementioned scheme and artifice to defraud, the defendants did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, certain writings, signs, signals, pictures, and sounds, specifically, the use of the website www.easternmetalsecurities.com as well as use of Virtual Currency Exchange X, not a defendant herein, to transmit virtual currency through the Northern District of California and to defendant KARLSSON.

All in violation of Title 18, United States Code, Section 1343.

COUNT TWO:          (15 U.S.C. § 78j(b) and 78ff; 17 C.F.R. § 240.10b-5 – Securities Fraud)

6.       Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated as if fully set forth here.

7.       Beginning on or about November 27, 2012, and continuing through on or about June 19, 2019, in the Northern District of California and elsewhere, the defendants,

ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS,"

and others, each aided and abetted by the other, did knowingly and willfully use and employ manipulative and deceptive devices and contrivances and directly and indirectly: (i) employ devices, schemes, and artifices to defraud; (ii) make untrue statements of material facts and omit to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and (iii) engage in acts, practices, and courses of business which would and did operate as a fraud and deceit upon members of the investing public, in connection with the purchases and sales of securities and by the use and of the instruments of communication in interstate commerce and the mails.

All done in violation of Title 15, United States Code, Sections 78j(b) and 78ff; and Title 17, Code of Federal Regulations, Section 240.10b-5.

INDICTMENT                                    3

COUNT THREE:      (18 U.S.C. § 1956(a)(1)(B)(i) and 2 – Money Laundering)

8.      Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated as if fully set forth here.

9.      Beginning on or about November 27, 2012, and continuing through on or about June 19, 2019, in the Northern District of California and elsewhere, the defendants,

ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS,"

and others, each aided and abetted by the other, did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce which involved the proceeds of a specified unlawful activity, that is wire fraud and securities fraud, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), and 2.

FORFEITURE ALLEGATION:      (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

10.      The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

11.      Upon conviction for Count One or Two as set forth in this Indictment, the defendants,

ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations, including but not limited to the following:

INDICTMENT                                        4

a.  Money Judgment:  a sum of money equal to the total gross proceeds obtained as a result of the offenses;

b.  The Elysian Pearl Resort and Bungalows, located at 21/24 Moo 2 Rural Road, Baan-Dan-Mai, Koh Chang, Thailand, including all real property, buildings, appurtenances, and improvements thereon;

c.  The residence and real property located at New Nordic Bangtao Water World Condominium, Tambon Cherngtalay, Amphoe Thalang, Phuket Province, Thailand, Unit Number N-BWC-D304;

d.  The residence and real property located at New Nordic Bangtao Water World Condominium, Tambon Cherngtalay, Amphoe Thalang, Phuket Province, Thailand, Unit Number N-BWC-D313;

e.  The residence and real property located at New Nordic Castle, Apartment No NCA1-703, Pratamnak Hill Soi 4, Muang Pattaya, Amphoe Banglamung, Chonburi Province, Thailand;

f.  The residence and real property located at New Nordic's Club 5 Condominium, Unit Number NCL5-202, Pratamnak Hill Soi 4, Muang Pattaya, Amphoe Banglamung, Chonburi Province, Thailand;

g.  The residence and real property located at New Nordic Boutique Condominium, Unit Number NBT-706, Tambon Nongprue, Amphoe Banglamung, Chonburi Province, Thailand;

h.  The residence and real property located at Emerald Palace Pattaya, 378/352 Moo 12 Kasetsin Soi 9, Prathamnak Road Soi 1, Nongprue, Banglamung, Chonburi, Thailand;

i.  All funds maintained at Krung Thai Bank Public Company in account number 2270316290, held in the name ROGER NILS-JONAS KARLSSON;

j.  All funds maintained at Siam Commercial Bank Public Co. Ltd. in account number 8562354260, held in the name ROGER NILS JONAS KARLSSON;

k.  All funds maintained at Kasikornbank Public Company Limited in account number 0388036648, held in the name ROGER KARLSSON; and

INDICTMENT                                    5

1            l.    All funds maintained at Bitcoin Co. Ltd. in the name of ROGER KARLSSON

2               registered using the email address roger.karlsson@siamcasa.com.

3      If any of the property described above, as a result of any act or omission of the defendant:

4            a.    cannot be located upon exercise of due diligence;

5            b.    has been transferred or sold to, or deposited with, a third party;

6            c.    has been placed beyond the jurisdiction of the court;

7            d.    has been substantially diminished in value; or

8            e.    has been commingled with other property which cannot be divided without

9               difficulty,

10 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

11 United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

12      All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code,

13 Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

14 FORFEITURE ALLEGATION:      (18 U.S.C. § 982(a)(1))

15 12.    The allegations contained in this Indictment are re-alleged and incorporated by reference for the

16 purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

17 13.    Upon conviction for the offense set forth in Count Three of this Indictment, the defendants,

18      ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a

19      "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL
                   SECURITIES, a/k/a "EMS,"

20 shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all

21 property, real or personal, involved in said violations, and any property traceable to such property,

22 including, but not limited to, the following:

23            a.    Money Judgment:  a sum of money equal to the total value of the property involved in

24               the commission of the offense;

25            b.    The Elysian Pearl Resort and Bungalows, located at 21/24 Moo 2 Rural Road, Baan-

26               Dan-Mai, Koh Chang, Thailand, including all real property, buildings, appurtenances,

27               and improvements thereon;

28

INDICTMENT                    6

c. The residence and real property located at New Nordic Bangtao Water World Condominium, Tambon Cherngtalay, Amphoe Thalang, Phuket Province, Thailand, Unit Number N-BWC-D304;

d. The residence and real property located at New Nordic Bangtao Water World Condominium, Tambon Cherngtalay, Amphoe Thalang, Phuket Province, Thailand, Unit Number N-BWC-D313;

e. The residence and real property located at New Nordic Castle, Apartment No NCA1-703, Pratamnak Hill Soi 4, Muang Pattaya, Amphoe Banglamung, Chonburi Province, Thailand;

f. The residence and real property located at New Nordic's Club 5 Condominium, Unit Number NCL5-202, Pratamnak Hill Soi 4, Muang Pattaya, Amphoe Banglamung, Chonburi Province, Thailand;

g. The residence and real property located at New Nordic Boutique Condominium, Unit Number NBT-706, Tambon Nongprue, Amphoe Banglamung, Chonburi Province, Thailand;

h. The residence and real property located at Emerald Palace Pattaya, 378/352 Moo 12 Kasetsin Soi 9, Prathamnak Road Soi 1, Nongprue, Banglamung, Chonburi, Thailand;

i. All funds maintained at Krung Thai Bank Public Company in account number 2270316290, held in the name ROGER NILS-JONAS KARLSSON;

j. All funds maintained at Siam Commercial Bank Public Co. Ltd. in account number 8562354260, held in the name ROGER NILS JONAS KARLSSON;

k. All funds maintained at Kasikornbank Public Company Limited in account number 0388036648, held in the name ROGER KARLSSON; and

l. All funds maintained at Bitcoin Co. Ltd. in the name of ROGER KARLSSON registered using the email address roger.karlsson@siamcasa.com.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

1                    b.      has been transferred or sold to, or deposited with, a third party;

2                    c.      has been placed beyond the jurisdiction of the court;

3                    d.      has been substantially diminished in value; or

4                    e.      has been commingled with other property which cannot be divided without

5                            difficulty,

6  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

7  United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

8         All pursuant to Title 18, United States Code, Sections 981(a)(1) and 982(a)(1) and (b)(1), Title

9  28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

10

11

12  DATED: 7/25/19                             A TRUE BILL.

13

14                                                   _____

15                                             FOREPERSON

16  DAVID L. ANDERSON
    United States Attorney
17

18

19  WILLIAM FRENTZEN
    KAREN BEAUSEY
20  Assistant United States Attorneys
    CATHERINE ALDEN PELKER
21  Trial Attorney

22

23

24

25

26

27

28

INDICTMENT               8

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL 25 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v. ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS"

**CASE NUMBER:**

CR 19 340

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✓ | |
| **Total Number of Defendants:** | 1 | 2-7 ✓ | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓ | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** William Frentzen

**Date Submitted:** 07/25/2019

**Comments:**

RESET FORM          SAVE PDF