| DOCUMENTS UNDER SEAL [ ] | | | | TOTAL TIME (mins): 5 minutes | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Melinda K. Lock | | REPORTER/FTR FTR 10:55-11:00 | |
| MAGISTRATE JUDGE SALLIE KIM | | DATE November 18, 2019 | | NEW CASE [ ] | CASE NUMBER 3:19-cr-00340-CRB-1 |

### APPEARANCES

| DEFENDANT Roger Karlsson | AGE 45 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Sophia Whiting | PD. [X]  RET. [ ] APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY William Frentzen | | INTERPRETER | | FIN. AFFT [ ] SUBMITTED | COUNSEL APPT'D [X] - Provisional |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Ana Mendoza | | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | | PARTIAL PAYMENT [ ] OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| [X] INITIAL APPEAR held - 4 mins | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS [ ] TRIAL SET |
|---|---|---|---|---|
| [ ] I.D. COUNSEL | [X] ARRAIGNMENT held - 1 min | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

### INITIAL APPEARANCE

| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [X] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [X] ARRAIGNED ON INDICTMENT | [X] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED [ ] CASH $ | | CORPORATE SECURITY [ ] | | REAL PROPERTY: [ ] |
| [X] MOTION FOR DETENTION | [X] PRETRIAL SERVICES REPORT | [ ] DETAINED   [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| [ ] CONSENT ENTERED | [X] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 11/22/2019 | [X] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 AM | [X] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING | [ ] CHANGE OF PLEA | [ ] STATUS |
| BEFORE HON. Sallie Kim | [X] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Stipulation to exclude time signed in Court.

DOCUMENT NUMBER: